THE WILLIAMSBURGH SAVINGS BANK, Appellant, v. BEATRICE DOWNEY and Others, Defendants, and CHARLES WEINSTEIN and JEAN WEINSTEIN, His Wife, Respondents.— Order denying plaintiff's motion to confirm report of official referee and to grant a deficiency judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ANN WINKLER, an Infant, by ARTHUR G. WINKLER, Her Guardian ad Litem, and ARTHUR G. WINKLER, Appellants, v. AMERICAN SUNDRIES Co., INC., Respondent.— In an action to recover damages for personal injuries sustained by the infant plaintiff from an alleged dangerous vaporizer device manufactured by the defendant, and for loss of services by the parent, order, on reargument, setting aside the verdicts in favor of plaintiffs and granting a new trial reversed on the law and the facts, with costs, the motion denied, the verdicts reinstated and judgment directed to be entered thereon, with costs. The submission of the additional charge to the jury was proper. The amended charge was more favorable to the defendant than the main charge and had not been requested by the defendant. Lazansky, P. J., Carswell and Davis, JJ., concur; Johnston and Adel, JJ., dissent and vote to affirm on the ground that the trial justice was the best judge as to whether or not the defendant had a fair trial. He concluded it did not by reason of the manner in which he submitted the case to the jury and because he so concluded he set aside the verdicts in the interest of justice. This he may do upon a motion under section 549 of the Civil Practice Act, and we should not disturb his order.

ROSE WINTER and MORRIS WINTER, Respondents, v. SOCOL REALTY CORPORATION, Appellant.— The action is to recover for personal injuries sustained by plaintiff wife when she tripped on a worn and defective stair covering, and by plaintiff husband for loss of services. Judgment for plaintiffs and order denying the motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

RUTH R. YOUNG, Respondent, v. LEWIS G. YOUNG, Appellant.— Action for a separation. Appeal from judgment in favor of plaintiff and awarding her the custody of the daughter of the parties. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

## (December 18, 1936.)

In the Matter of the Application of WILLIAM C. OBERWALDER, Respondent, as Administrator de Bonis Non, etc., of JOSEPH OBERWALDER, Deceased, for a Determination as to Character of Certain Assets Belonging to the Estate. HENRY O. SMITH, as Executor, etc., of ANNA BELLE NORTH, Deceased, Appellant.— In view of the decision of the appeal herein (post, p. 762), decided herewith, the motion to dismiss the appeal is dismissed. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.